IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

**GARY LEON WEBSTER**
**ADC #114018** **PLAINTIFF**

**v.** **No. 3:26-cv-147-DPM**

**BECKER, Deputy, Craighead County Detention Center; GIBSON, Deputy, Craighead County Detention Center; KEITH BOWERS, Administrator, Craighead County Detention Center; and MARTY BOYD, Sheriff, Craighead County Detention Center** **DEFENDANTS**

## ORDER

On *de novo* review, the Court adopts Magistrate Judge Volpe's recommendation, *Doc. 13*, and overrules Webster's objections, *Doc. 14*. Fed. R. Civ. P. 72(b)(3). Webster's complaint will be dismissed without prejudice. An *in forma pauperis* appeal from this Order and accompanying Judgment would not be taken in good faith. 28 U.S.C. § 1915(a)(3).

So Ordered.

D.P. Marshall Jr.
United States District Judge

7 August 2026