IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

**GARY LEON WEBSTER**
**ADC #114018** **PLAINTIFF**

**v.** **No. 3:26-cv-147-DPM**

**BECKER, Deputy, Craighead County Detention Center; GIBSON, Deputy, Craighead County Detention Center; KEITH BOWERS, Administrator, Craighead County Detention Center; and MARTY BOYD, Sheriff, Craighead County Detention Center** **DEFENDANTS**

# JUDGMENT

Webster's complaint is dismissed without prejudice.

DPMarshall Jr.
D.P. Marshall Jr.
United States District Judge

7 August 2026